UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ASHLEY B. STEWART

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 07-232-C

# JUDGMENT

For the written reasons assigned and filed herein:

IT IS ORDERED ADJUDGED AND DECREED that under sentence four of 42 U.S.C. § 405(g), the final determination of the Commissioner of Social Security Michael J. Astrue, denying the application of Ashley B. Stewart for child's insurance benefits is affirmed, and this action is dismissed.

All other pending motions in this action are hereby dismissed, as moot.

Baton Rouge, Louisiana, January 26, 2008.

RALPH E. TYSON, CHIEF JUDGE
MIDDLE DISTRICT OF LOUISIANA